UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EURAL DEBBS, SR., | No. 1:22-cv-00403-DAD-BAK (BAM) |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CASE |
| AM/PM GAS STATION, | |
| Defendants. | (Doc. No. 5) |

Plaintiff Eural Debbs, Sr., proceeding *pro se* and *in forma pauperis*, filed this civil rights action against AM/PM Gas Station on April 7, 2022. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 3, 2022, the assigned magistrate judge screened plaintiff's complaint pursuant to 28 U.S.C. § 1915(e) and determined that plaintiff failed to state a cognizable claim for relief and failed to establish this court's jurisdiction. (Doc. No. 4.) Plaintiff was granted leave to file an amended complaint to attempt to cure the deficiencies identified by the magistrate judge within thirty (30) days after service of that screening order. (*Id.* at 6.) Plaintiff was warned that the failure to file a first amended complaint, or a notice of a voluntary dismissal, in compliance with the screening order would result in a recommendation that this action be dismissed, with prejudice, due to plaintiff's failure to obey a court order and failure to state a cognizable claim.

1

(*Id.*)  Plaintiff failed to file a first amended complaint or otherwise respond to the court's screening order.

Thereafter, on June 16, 2022, the assigned magistrate judge issued findings and recommendations, recommending that (1) plaintiff's federal claims be dismissed, with prejudice, due to plaintiff's failure to state a claim, failure to establish this court's jurisdiction, failure to obey a court order, and failure to prosecute; and that (2) plaintiff's state law claims be dismissed without prejudice to their re-filing in state court.  (Doc. No. 5.)  Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 7.)  To date, no objections to the pending findings and recommendations have been filed, and the time in which to do so has since passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on June 14, 2022 (Doc. No. 5) are adopted;
2. Plaintiff's federal claims are dismissed, with prejudice, due to plaintiff's failure to state a cognizable claim, failure to establish this court's jurisdiction, failure to obey the court's order, and failure to prosecute;
3. The court declines to exercise supplemental jurisdiction over plaintiff's state law claims and those state law claims are dismissed without prejudice; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **July 15, 2022**

UNITED STATES DISTRICT JUDGE